THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JERRI DAWN BRADFORD, | § § | |
| v. | § § | Civil Action No. 4:22-cv-217-SDJ-KPJ |
| NCR CORPORATION | § § § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 23, 2023, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #6), that Plaintiff's claims should be dismissed without prejudice for failure to prosecute under Rule 41 of the Federal Rules of Civil Procedure.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send a copy of this Memorandum Adopting Report and Recommendation of United States

Magistrate Judge to Plaintiff by certified mail return receipt requested and to Plaintiff's email address, DawnofHopeLLC@gmail.com.

  **So ORDERED and SIGNED this 16th day of March, 2023.**

                _____
                SEAN D. JORDAN
                UNITED STATES DISTRICT JUDGE